THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARCH INSURANCE COMPANY,

    Plaintiff,

    v.

ACTION ATHLETICS, INC., dba ACTION ATHLETICS, a Washington for-profit corporation; BRIAN M. ANTICH, individually; and AMI WILLIAMS as guardian ad litem for M.W., a minor,

    Defendants.

No. 2:23-cv-00520-BJR

**ORDER GRANTING STIPULATED MOTION FOR LIMITED STAY OF THE PRESENT ACTION**

THIS MATTER having come before the undersigned on Plaintiff Arch Insurance Company ("Arch") and Defendants Action Athletics, Inc., dba Action Athletics, Brian M. Antich, and Ami Williams as guardian ad litem for M.W., a minor (collectively "Defendants") Motion for Limited Stay of Proceedings and the Court having reviewed the same:

The Court hereby **ORDERS** and **DECREES** as follows:

(1) further proceedings in this action are stayed pending final resolution of the Criminal Case, either by trial or plea, upon which time the stay will automatically terminate unless the Court grants Defendants' motion for further stay until the conclusion of the Underlying Lawsuit, and

ORDER GRANTING STIPULATED MOTION TO STAY THE PRESENT ACTION - 1
CASE NO. 2:23-cv-00520-BJR

LEGAL\65577927\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

(2) the Parties are ordered to contact the Court upon the final resolution of the Criminal Case.

DATED this 24th day of August, 2023.

_____
BARBARA J. ROTHSTEIN
U.S. DISTRICT JUDGE

Presented by:

COZEN O'CONNOR

*/s/      Peter Berg*
Peter Berg, WSBA No. 467757
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: (206) 340-1000

*Attorneys for Plaintiff*

GORDON TILDEN THOMAS CORDELL LLP

*/s/      Katherine S. Wan*
Brendan Winslow-Nason, WSBA No. 39328
Katherine S. Wan, WSBA No. 58647
600 University Street, Suite 2915
Seattle, Washington 98101
Phone: (206) 467-6477

*Attorneys for Defendants Action Athletics, Inc. dba Action Athletics and Brian M. Antich*

STRITMATTER KESSLER KOEHLER MOORE

*/s/      Karen Koehler*
Karen Koehler, WSBA No. 15325
Debora Silberman, WSBA No. 59302
3600 15th Avenue West, Suite 300
Seattle, Washington 98118
Phone: (206) 448-1777

*Attorneys for Defendant Ami Williams, as guardian ad litem for M.W., a minor*

ORDER GRANTING STIPULATED MOTION TO STAY THE PRESENT ACTION - 2
CASE NO. 2:23-cv-00520-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\65577927\1