THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACTION ATHLETICS, INC., dba ACTION ATHLETICS, a Washington for-profit corporation; BRIAN M. ANTICH, individually; and AMI WILLIAMS as guardian ad litem for M.W., a minor,<br><br>　　　　Defendants. | No. 2:23-cv-00520-BJR<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR STAY** |

THIS MATTER having come before the undersigned on Plaintiff Arch Insurance Company's ("Arch"), Defendants Action Athletics, Inc., dba Action Athletics', Brian M. Antich's, and Ami Williams', as guardian ad litem for M.W., a minor (collectively "Defendants") Second Stipulated Motion for Stay of Proceedings, ECF No. 19, and the Court having reviewed the same:

The Court hereby **ORDERS** and **DECREES** as follows:

1.　Further proceedings in this action are stayed pending final resolution of King County Superior Court Cause No. 22-2-13631-6 SEA (the "Civil Case"), upon which time the

ORDER GRANTING SECOND STIPULATED MOTION TO STAY - 1
CASE NO. 2:23-cv-00520-BJR

LEGAL\67680092\2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

stay will automatically terminate unless the Court grants any party's motion to lift stay prior to the conclusion of the Civil Case; and

    2.    The Parties are Ordered to contact the Court upon the final resolution of the Civil Case.

DATED this 3rd day of January, 2024.

*[signature]*
THE HONORABLE BARBARA J. ROTHSTEIN

Presented by:

COZEN O'CONNOR

*/s/    Peter Berg*
Peter Berg, WSBA No. 467757
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Phone: (206) 340-1000
*Attorneys for Plaintiff*

GORDON TILDEN THOMAS CORDELL LLP

*/s/    Katherine S. Wan*
Brendan Winslow-Nason, WSBA No. 39328
Katherine S. Wan, WSBA No. 58647
600 University Street, Suite 2915
Seattle, Washington 98101
Phone: (206) 467-6477
*Attorneys for Defendants Action Athletics, Inc. dba Action Athletics and Brian M. Antich*

STRITMATTER KESSLER KOEHLER MOORE

*/s/    Karen Koehler*
Karen Koehler, WSBA No. 15325
Debora Silberman, WSBA No. 59302
3600 15th Avenue West, Suite 300
Seattle, Washington 98118
Phone: (206) 448-1777
*Attorneys for Defendant Ami Williams, as guardian ad litem for M.W., a minor*

ORDER GRANTING SECOND STIPULATED MOTION TO STAY - 2
CASE NO. 2:23-cv-00520-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\67680092\2