THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTION ATHLETICS, INC., dba ACTION ATHLETICS, a Washington for-profit corporation; BRIAN M. ANTICH, individually; and AMI WILLIAMS as guardian ad litem for M.W., a minor,<br><br>    Defendants. | No. 2:23-cv-00520-BJR<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** |

## STIPULATION

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Arch Insurance Company and Defendants Action Athletics, Inc. dba Action Athletics, Brian M. Antich, and Ami Williams as guardian ad litem for M.W., by and through their attorneys of record, hereby stipulate and agree to the dismissal of all claims between them, with prejudice and without fees or costs awarded against any party.

//

//

//

//

STIPULATED DISMISSAL - 1
Case No. 2:23-cv-00520-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\71804280\2

DATED this 29th day of July, 2024.

COZEN O'CONNOR

/s/ Peter Berg
Peter Berg, WSBA No. 467757
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Phone: (206) 340-1000

*Attorney for Arch Insurance Company*

STRITMATTER KESSLER KOEHLER MOORE

/s/ Karen Koehler
Karen Koehler, WSBA No. 15325
Debora Silberman, WSBA No. 59302
3600 15th Avenue West, Suite 300
Seattle, Washington 98118
Phone: (206) 448-1777

*Attorneys for Ami Williams, as guardian ad litem for M.W., a minor*

GORDON TILDEN THOMAS CORDELL LLP

/s/ Brendan Winslow-Nason
Brendan Winslow-Nason, WSBA No. 39328
Katherine S. Wan, WSBA No. 58647
600 University Street, Suite 2915
Seattle, Washington 98101
Phone: (206) 467-6477

*Attorneys for Action Athletics, Inc. dba Action Athletics and Brian M. Antich*

STIPULATED DISMISSAL - 2
Case No. 2:23-cv-00520-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\71804280\2

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendants are hereby dismissed in their entirety with prejudice and without fees or costs against any party.

DATED this 1st day of August, 2024.

_(signature)_
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

**Presented by:**

COZEN O'CONNOR

By: _/s/ Peter Berg_
    Peter Berg, WSBA No. 46757
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    Telephone: 206.340.1000
    Toll Free Phone: 800.423.1950
    Facsimile: 206.621.8783
    Email:  pberg@cozen.com

*Attorneys for Plaintiff*

**Approved; Notice of Presentation Waived:**

GORDON TILDEN THOMAS CORDELL LLP

_/s/ Brendan Winslow-Nason_
Brendan Winslow-Nason, WSBA No. 39328
Katherine S. Wan, WSBA No. 58647
600 University Street, Suite 2915
Seattle, Washington 98101
Phone: (206) 467-6477

*Attorneys for Action Athletics, Inc. dba*
*Action Athletics and Brian M. Antich*

STIPULATED DISMISSAL - 3
Case No. 2:23-cv-00520-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\71804280\2

1  STRITMATTER KESSLER KOEHLER MOORE

2  */s/ Karen Koehler*
   Karen Koehler, WSBA No. 15325
3  Debora Silberman, WSBA No. 59302
   3600 15th Avenue West, Suite 300
4  Seattle, Washington 98118
   Phone:  (206) 448-1777
5
   *Attorneys for Ami Williams,*
6  *as guardian ad litem for M.W., a minor*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED DISMISSAL - 4
Case No. 2:23-cv-00520-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\71804280\2

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 29th day of July, 2024.

                COZEN O'CONNOR

By: */s/ Bonnie L. Buckner*
     Bonnie L. Buckner, Legal Secretary
     999 Third Avenue, Suite 1900
     Seattle, Washington 98104
     Phone: 206.340.1000
     Email:   bbuckner@cozen.com

STIPULATED DISMISSAL - 5
Case No. 2:23-cv-00520-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\71804280\2